IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVESTER WASHINGTON, et. al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-611-SMY |
| | ) |
| COMBE INCORPORATED, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE

This matter is before the Court related to certain Plaintiffs who elected to participate in the JFM Resolution Program. As the Court noted in its Order Regarding Settlement Agreement and Deadlines on May 20, 2019: "All Claimants who participate in the JFM Resolution Program have submitted to the jurisdiction of this Court and shall be bound by all orders of this Court even if it is determined that they are not entitled to any Award through the Program" (Doc. 88).

The Court Appointed Special Master, in conjunction with the Claims Administrator, has certified to the Court that the plaintiffs in this case became Enrolled Program Participants in the JFM Settlement Program.

As established by the Master Settlement Agreement ("MSA") entered into by the parties on April 16, 2019, Section 1.08 provides "[a]fter submitting the Notice of Intent to Opt in Form, all Program Participants may only pursue their claims through the Program and may not pursue their claims in any court of law or other proceeding." MSA, Section 1.08 (A). Section 1.08 further provides that "Once an Eligible Enrollee becomes an Enrolled Program Participant, that Enrolled Program Participant may not pursue their claim in any court of law or other proceeding." MSA, Section 1.08 (B).

Accordingly, all claims of the following Plaintiffs who enrolled in the JFM Resolution Program are hereby dismissed, with prejudice, each party to bear their own costs.

1. Sergio Alvarez
2. Michael Amolsch
3. Troy Anthony
4. Jason Armstrong
5. Warren Bennett
6. Lucas R. Bishop
7. Charles Bowden
8. Gary A. Brown
9. Tracey Brown
10. Sherman Brumfield
11. Darrell Burns
12. Emmett Carson
13. Paul Carty
14. Michael Causey
15. Todd Caveness
16. John Chandler
17. Delbert Chatman
18. James Chiaramonte
19. Derrick Clark
20. Jimmy Coleman
21. Derek Davis
22. George H. Davis
23. Wesley Davis
24. Thomas Dortch
25. Brad Fields
26. Dexter Freeland
27. Steven Gardner
28. Samuel Graham
29. Dorian Grissom
30. Jafar Haftsavar

31. Bernard Hatten
32. John Hetherington
33. James Hooker
34. Michael Howell
35. Donnell James

**IT IS SO ORDERED.**

**DATED:  January 14, 2022**

**STACI M. YANDLE**
**United States District Judge**